# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

RASHAD ALLEN                                         CIVIL 06 - 1756(PGS)
      Plaintiff,

    v.                                           O R D E R

City of Jersey City, et al
      Defendants.


This matter having come before the Court by the defendant,

City of Jersey City, to dismiss this matter for failure to comply

with discovery requests, and for good cause having been shown, and

for the reasons set forth on the record.

     It is on this 29th day of May 2008,

     Ordered that the matter is dismissed *without prejudice and* ~~however~~ plaintiff may

reopen within 90 days upon application to the court.


                                   _____
                                   PETER G. SHERIDAN, U.S.D.J.